IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| CMF ASSOCIATES, LLC,<br><br>        *Plaintiff*,<br><br>   v.<br><br>SCOUT MEDIA, INC., *et al.*,<br><br>        *Defendants*. | CIVIL ACTION<br>NO. 15-01250 |

## ORDER

**AND NOW**, this 6th day of May, 2015, upon consideration of Defendant North American Membership Group, Inc.'s Motion to Dismiss the Sole Claim Against It (ECF No. 6), Plaintiff's response in opposition (ECF No. 10), and North American's reply thereto (ECF No. 11), it is hereby **ORDERED** that:

1. The Motion is **GRANTED**;

2. Count I of the complaint is **DISMISSED** as to Defendant North American Membership Group, Inc.; and

3. Defendant North American Membership Group, Inc. is **DISMISSED** from this action.

                                                  BY THE COURT:

                                                  */s/ Gerald J. Pappert*
                                                  GERALD J. PAPPERT, J.